

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00439-CV

———————————————

COREY MORRELL, Appellant

V.

BURTON BAKER, INDIVIDUALLY AND IN HIS PROFESSIONAL CAPACITY;
LUMMUS, HALLMAN, PRITCHARD & BAKER, P.C.; AND MERCER
TRANSPORTATION CO., INC., Appellees

———————————————

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-363739-25

———————————————

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

We questioned our jurisdiction over this appeal because the trial court has not yet signed a final judgment or an appealable order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). In response, Appellant filed a "Notice of Withdrawal of Notice of Appeal." In this notice, Appellant acknowledged that the order he appealed "did not clearly dispose of all claims and parties," and he declared that he "withdraws the pending notice of appeal at this time." We construe Appellant's notice as a motion to dismiss the appeal, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f); *see also Mai v. Trang*, No. 14-24-00529-CV, 2024 WL 3948212, at *1 (Tex. App.—Houston [14th Dist.] Aug. 27, 2024, no pet.) (per curiam) (mem. op.); *Stanford v. England Carrier Servs., LLC*, No. 05-24-00651-CV, 2024 WL 3755271, at *1 (Tex. App.—Dallas Aug. 12, 2024, no pet.) (mem. op.).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: September 18, 2025

2